UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION FILE
NO. 5:16-CV-223-FL

| Claudine M. Harris, | ) | |
|---|---|---|
| | ) | |
| PLAINTIFF, | ) | |
| | ) | ORDER GRANTING CONSENT |
| | ) | MOTION TO STAY |
| | ) | PROCEEDINGS PENDING |
| v. | ) | SETTLEMENT AGREEMENT |
| | ) | |
| Treasure Enterprise, LLC, Larry Holley | ) | |
| Carleen Holley, and Patricia Gray (each in | ) | |
| their official capacities and personal | ) | |
| capacities), | ) | |
| | ) | |
| | ) | |
| DEFENDANTS. | ) | |

UPON REVIEW AND CONSIDERATION, of the Motion to Stay the Proceedings in the above-entitled action by Plaintiff pending the writing, execution and prerequisite performance of certain terms of the same, the parties have jointly consented to a thirty (30) stay of the case.

WHEREFORE, for good cause shown and in the interest of judicial economy, a stay of the above-entitled action is hereby entered effective the date of the execution of this order and concluding thirty (30) days thereafter.

This the 5th day of October, 2016.

_____
The Honorable Louise Wood Flanagan
United States District Court Judge
For the Eastern District of North Carolina